# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGART, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CORINTHIAN, INC., a Mississippi Corporation; R.C. WILLEY HOME FURNISHINGS, a Utah Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-01216 MCE(EFB)<br><br>**ORDER RE: FINAL JUDGMENT AND PERMANENT INJUNCTION** |

**ORDER RE: FINAL JUDGMENT AND PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This court has personal jurisdiction over defendant and jurisdiction over the subject matter of this action. Further, the court has continuing jurisdiction for purposes of any proceeding or other enforcement actions remaining from this action;

   a. Bogart, LLC ("Bogart") is the exclusive owner of the rights to the likeness, image, and voice of Humphrey Bogart, as well as the names "Humphrey Bogart" and "Bogart" (collectively the "Bogart Rights");

   b. Defendant is not, and has not been, an authorized licensee or user of the Bogart Rights;

   c. Defendant has sold furniture with designations that include the word "Bogart"; and

   d. The above actions by defendant have caused irreparable harm to Bogart and would continue to cause irreparable harm to Bogart if such actions were to continue.

2. The Court enters this Final Judgment whereby defendant shall be permanently enjoined and restrained from making, using, marketing, selling, distributing, circulating, brokering, offering for sale, advertising, promoting or displaying, any product using the Bogart name.

3. Defendant, R.C. Willey, is dismissed from this action with prejudice.

4. Each party shall bear its own attorneys' fees and costs.

5. There is no just reason for delay of entering a final judgment and permanent injunction and pursuant to Federal Rule of Civil Procedure 54(a), upon good cause shown, the Court enters this Final Judgment.

IT IS SO ORDERED.

Dated: July 10, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER RE: FINAL JUDGMENT AND PERMANENT INJUNCTION**